Luis A. Corretjer, demandante y apelado, *v.* Ana Isabel Martín López, demandada y apelante.

No. 4329.—*Visto:* Marzo 13, 1928. *Resuelto:* Marzo 16, 1928.

Divorcio—Jurisdicción, Procedimientos y Remedios—Evidencia—Su Suficiencia—Acciones por Trato Cruel.—Una prueba que demuestra que en una ocasión la esposa, sin motivo fundado para ello, públicamente—en un hotel—insultó a su esposo, y que en otra le pegó a él en la cara así como a su suegra y que fué tan magno el escándalo producido por sus gritos e insultos que se aglomeró, frente a la casa en que vivían, muchos vecinos y transeúntes, es suficiente para sostener una acción de divorcio fundado en trato cruel e injurias graves.

SENTENCIA de *Luis Samalea, J.* (Arecibo), declarando con lugar la demanda y sin lugar la contrademanda, sin costas. *Confirmada.*
*E. Martínez Avilés,* abogado de la apelante; *C. de Cacho,* abogado del apelado.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tribunal.

La sentencia que motiva esta apelación decretó el divorcio entre las partes de este pleito, que solicitó el marido fundándose en trato cruel e injurias graves de su esposa y que declaró sin lugar la contrademanda de ella basada en abandono.

Los dos motivos alegados por la esposa para sostener su apelación se fundan en la apreciación de la prueba hecha por la corte sentenciadora pues dicen que cometió error al apreciarla y concluir que el demandante había probado su caso y al declarar sin lugar la contrademanda.

La evidencia fué contradictoria pues el apelado y varios testigos que presentó declararon sobre trato cruel e injurias graves hechas por la apelante a su marido, limitándose la prueba de ella, consistente en su sola declaración, a negar lo declarado por los testigos del apelado; y la prueba de este caso es bastante para haber declarado con lugar la demanda y sin lugar la contrademanda porque de ella resulta claramente que la esposa sin motivo fundado, por trivialidades, y en muchas ocasiones, una de ellas en un hotel y ante varias personas insultó a gritos a su marido llamándole "negro, sinvergüenza, grifo, canalla, borrachón," llegando en una de esas ocasiones a pegarle en la cara y también a la madre de éste, que cayó al suelo, siendo de tal magnitud el último de estos escándalos producido por ella que por sus gritos e insultos se aglomeraron frente a la casa que ellos vivían muchos vecinos y transeuntes y durando hasta que algunas horas después llegó uno de sus familiares que vivía fuera de la población y fué avisado de lo que ocurría y se la llevó a su casa, siendo éste el motivo

de estar separados los consortes desde entonces, hace más de un año.

*En vista de esa prueba debemos confirmar la sentencia apelada.*